■ In the Matter of DENWORTH DAVIDSON, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [1 NYS3d 873]—Proceeding pursuant to CPLR article 78 (transferred to this Court by

order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose and Lynch, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.